GOLDSMITH & HULL/File #C-108486
A Professional Corporation
William I. Goldsmith    SBN 82183
Michael L. Goldsmith    SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600
Fax (818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys For Plaintiff



E-FILED
AUG 2 5 2016
Document # _____
cc: FISCAL
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-CV-8005 PSG-AFM |
| Plaintiff, | |
| v. | ORDER RE ENTRY OF CONSENT JUDGMENT AND VACATING HEARING [Proposed] |
| JAMES STEWART, | |
| Defendant. | |

IT IS HEREBY ORDERED that all hearings are vacated and Consent Judgment be entered in favor of Plaintiff UNITED STATES OF AMERICA and against Defendant JAMES STEWART, as follow:

CONSENT Judgment in the amount of $6,817.79 with interest accruing at $0.65 per day until entry of judgment. Consent Judgment will accrue interest thereafter at the legal rate per 28 U.S.C. § 1961; $0.00 penalties/administrative charges; $0.00 attorney fees; $459.00 court cost for a total amount of $7,276.79

    i.    Defendant will make payments to plaintiff as follow

A) $1,000.00 down payment due on or before August 15, 2016.

B) Monthly payments in the amount of **$150.00**, beginning **September 15, 2016**,

File By Fax

1 and at the same time thereafter until the debt is paid in full.

2     ii.    Payments are to be made payable to the U.S. Department of Justice and forwarded to **U.S. Department of Justice, Central Intake Facility, P.O. Box 790363, St. Louis, MO 63179-0363**, and to include the file number: **1999B01837** on the face of the check.

    iii.    The payment of **$150.00** per month may be reevaluated and may be modified to take into account the changed economic circumstances of defendant. Notwithstanding the foregoing, such re-evaluation and modification may take place, at most, once, on an annual basis.

    iv.    For purposes of evaluation and possible modification, the defendant will provide plaintiff with a copy of his/her Federal Income Tax return, (including all attachments) or other evidence of total annual income, and a completed Financial Statement provided by plaintiff, along with copies of your last two earning statements.

    v.    Under no circumstances, will the monthly payment be lower than $150.00 per month.

    vi.    Should defendant become seven (7) days or more delinquent in making any payment in accordance with this consent judgment, plaintiff will enforce this judgment in accordance with the Federal Rules of Civil Procedure and file a supplemental Bill of Costs requesting attorney fees and cost.

    vii.    Liens will be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of this transaction.

    viii.    When the amount of the consent judgment is liquidated, plaintiff shall prepare and file with the Clerk of the Court a Satisfaction of Judgment and provide defendant with a Release of Lien Under Abstract of Judgment for defendant to

//
//
//

File By Fax

1 | record with the applicable County Recorder.
2 |     ix.    This consent judgment will accrue interest at the legal rate from the date
3 | of entry until paid in full.

Date: 8/25/16

_____

Hon. Philip S. Gutierrez, U.S. District Judge

U.S. District Court Central District of California

File By Fax